UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

David Ian Clarke
      Defendant.

-------------------------------------------------------X

ORDER OF REFERRAL

CR 05-114 (DLI)

Irizarry, U.S. DISTRICT JUDGE

    The defendant, __David Ian Clarke__, having applied for permission to enter a plea of guilty, the court refers the matter to Magistrate Judge __Azrack__ to determine if the defendant, after full consultation with his/her counsel, wishes to consent to enter his/her plea of guilty before a Magistrate Judge. If both the Government and the defendant so consent; the Magistrate Judge is directed (1) to obtain in writing, the consent of all parties, (2) to conduct the allocution pursuant to F.R.Crim.P., Rule 11, (3) to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and (4) to make a recommendation as to whether the plea of guilty should be accepted.

    To facilitate the court's review of the transcript of the plea before sentencing, the court asks the Magistrate Judge to use the allocution drafted by the court in taking a guilty plea.

    SO ORDERED.

Dated:   Brooklyn, New York
        Jan. 9, 2006

                                              United States District Judge